UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN EARL SCALLY,<br><br>Petitioner,<br><br>v.<br><br>THOMAS A. FERRARA,<br><br>Respondent. | No. 2:15-cv-2589 CKD P<br><br><br>ORDER |

Before the court is petitioner's January 11, 2016 motion to alter or amend the judgment entered on December 30, 2015, dismissing the petition as premature. A district court[1] may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." Id. at 1263.

Here, having reviewed petitioner's motion and the record of this action, the court has determined that none of these three conditions apply.

---

[1] (See ECF No. 5.)

1

1 | Accordingly, IT IS HEREBY ORDERED that petitioner's motion for reconsideration (ECF No. 9) is denied.

Dated: January 26, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / scal2589.R60